# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**Robert Martin,**

      **Plaintiff,**

      v.                                    Case No. 2:12-cv-0341

**Gwendolyn L. Woods,**              **JUDGE ALGENON L. MARBLEY**
                                                      **Magistrate Judge Kemp**

      **Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the November 28, 2012 Opinion and Order, the Court DISMISSED THIS CASE WITHOUT PREJUDICE for failure to prosecute.

Date: November 28, 2012                  **John Hehman, Clerk**

                                                         s/Betty L. Clark
                                                   Betty L. Clark/Deputy Clerk